## STATEMENT OF FACTS

On Monday, November 25, 2019, defendant JOY IHUOMA UTOKANANDU was charged by information in case 19-mj-289 with violating 18 U.S.C. § 1752(a)(1) and 22 D.C. Code § 3302(b) for unlawfully entering and remaining, or attempting to enter and remain, in a restricted area of the White House and its grounds.

On Tuesday, November 26, 2019, defendant UTOKANANDU was released in case 19-mj-289 subject to specific conditions of release, including that the defendant must stay away from the area surrounding the White House—specifically, the area bounded by 18th Street, I Street, 15th Street, and Constitution Avenue, in the northwest quadrant of the District of Columbia.  As part of the stay away order, the Court included a map showing the bounded area.  In court, defendant UTOKANANDU orally acknowledged that she understood the release conditions, including specifically the stay away order.

On Wednesday, November 27, 2019, at approximately 825 hours, defendant UTOKANANDU approached officers at the intersection of 17th Street and Pennsylvania Avenue, Northwest.  Defendant UTOKANADU was well within the bounded area of the stay away order.  Officers arrested the defendant for Contempt of Court for violating the active Stay Away order.

_____
Kory McCormick
Officer, United States Secret Service

Sworn and subscribed to me before this 27th day of November 2019.

_____
The Honorable G. Michael Harvey
United States Magistrate Judge