# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

v.

_Ify Ihuoma Utokanadu_ (handwritten)

**Defendant.**

Criminal Case No. _19-294 mj_ (handwritten)

**FILED**

NOV 27 2019

Clerk, U.S. District and Bankruptcy Courts

## ORDER

Upon consideration of the motion by the government/Defendant for an examination of the mental competency of Defendant, pursuant to 18 U.S.C. § 4241, and the representations made in support thereof, it is this _27th_ day of _November_, 20_19_,

**ORDERED** that Defendant be examined by the psychological or psychiatric staff of the D.C. Department of Behavioral Health, Pretrial and Assessment Branch ("DBH"), for the purpose of a forensic screening for a preliminary assessment of Defendant's competency, and that after such examination a report be made to this Court as to

(1) Whether Defendant is presently mentally competent to understand the proceedings against him or her and to properly assist in the preparation of his or her defense; and

(2) If the answer to the preceding question is in the negative, does the examining psychiatrist believe Defendant should be transferred to a mental facility for further examination and treatment?

The Court requests, but does not order, that the report generated as a result of this initial screening be completed by _12/3_, 20_19_, subject to the availability of staff resources to honor this request.

It is further **ORDERED** that the United States Marshal, or his designated deputy, transport Defendant to the Cellblock in the Superior Court for the District of Columbia on 12/3/19, 20 19, for the purpose of a preliminary competency examination.

It is further **ORDERED** that the Assistant United States Attorney assigned to this matter shall immediately submit the paperwork necessary to ensure the timely payment of DBH for the preliminary competency examination and report. The AUSA should coordinate payment through Tina Wall and/or Sallie Rynas of the United States Attorney's Office for the District of Columbia.

It is further **ORDERED** that the parties shall appear for a further hearing on this matter on 12/5, 20 19, before the undersigned in Courtroom 6. 1:45 pm

**SO ORDERED.**

Date: 11/27/19

G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE